Hearing Date: December 17, 2009
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARIO UOMO INC | § | Case No. 06-06633 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,530.16 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,530.16 , for a total compensation of $ 5,530.16 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 49.88 , for total expenses of $ 49.88 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2009     By:/s/Joseph A. Baldi, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 06-06633    JBS    Judge: Jack B. Schmetterer
Case Name: MARIO UOMO INC
For Period Ending: 09/20/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 06/07/06 (f)
341(a) Meeting Date: 07/06/06
Claims Bar Date: 10/31/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand (u) Currency & coin retrieved from Store by TR; converted to cashier's check for deposit | 200.00 | 222.60 | | 222.60 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 551.07 | Unknown |
| 3. Checking, Savings Accounts Account depleted by pre-petition overdrafts. Recovered balance from bank for pre petition checks honored post petition. | 5,000.00 | 1,360.00 | | 1,360.00 | FA |
| 4. Office Equip, Furnishings,&Supplies | 300.00 | 0.00 | | 0.00 | FA |
| 5. Machinery, Fixtures & Business Equi | 2,000.00 | 0.00 | | 1,085.00 | FA |
| 6. Inventory Men's suits and accessories from Debtor's retail clothing business - sold at auction sale | 168,459.00 | 0.00 | | 44,582.95 | FA |
| TOTALS (Excluding Unknown Values) | $175,959.00 | $1,582.60 | | $47,801.62 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee conducted a going out of business sale and final auction of the inventory & equipment of Debtor's men's clothing store. Realized net proceeds of approximately $38,000. Reviewed avoidable transfers; retained accountant, working to obtain prior tax information and to prepare Estate tax returns; will object to employee wage claim; threeafter will file final report

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 06/30/09

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)    Ver. 15.00a

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-06633 -JBS
Case Name: MARIO UOMO INC
Taxpayer ID No: ******1255
For Period Ending: 09/20/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: ******0494   Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/06 | 1 | BANK OF AMERICA<br>Clark & Madison<br>Chicago, IL | Cashier's Check for Store Currency | 1290-000 | 22.60 | | 22.60 |
| 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 0.01 | | 22.61 |
| 07/18/06 | 6 | ASSOCIATED BANK | CR Card Retail Sale Proceeds (GOB) | 1129-000 | 7,689.45 | | 7,712.06 |
| 07/18/06 | | Transfer to Acct #******0559 | Bank Funds Transfer<br>Tranfer funds to pay quarterly premium for business property and premises insurance coverage | 9999-000 | | 335.00 | 7,377.06 |
| 07/31/06 | | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.03 | | 7,379.09 |
| 07/31/06 | | Transfer from Acct #******0559 | CR Card Auction Proceeds<br>Transfer Funds deposited to checking by Transfirst via ACH for auction credit card purchases to money market so that auction proceeds can accrue interest. | 9999-000 | 6,807.57 | | 14,186.66 |
| 07/31/06 | | Transfer from Acct #******0559 | CR Card Auction Proceeds<br>Transfer balance of funds deposited to checking by TransFirst via ACH on account of credit card purchases at auction to the money market to accrue interest. | 9999-000 | 10,000.00 | | 24,186.66 |
| 08/02/06 | 5, 6 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | Cash Auction Proceeds<br>Debtor has not yet filed schedules as of date of this deposit. Deadline per extension order is 8/10/06.  We need to Update entry and link to asset once recorded. | 1129-000 | 18,448.43 | | 42,635.09 |
| 08/09/06 | 6 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | Cash Retail Sale Proceeds (GOB) | 1130-000 | 2,722.50 | | 45,357.59 |
| 08/16/06 | | Transfer to Acct #******0559 | Transfer Funds<br>Transfer funds to cover TransFirst ACH debit for July monthly discount and fees from credit card sales through merchant account.  August 16, 2006, 09.54 am | 9999-000 | | 434.43 | 44,923.16 |

LFORM2T4UST Form 101-7-TFR (9/1/2009) (Page: 4)
Ver. 15.00a

Page: 2
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06633 -JBS | | | Trustee Name: | Joseph A. Baldi, Trustee | |
|---|---|---|---|---|---|---|
| Case Name: | MARIO UOMO INC | | | Bank Name: | Bank of America, N.A. | |
| Taxpayer ID No: | ******1255 | | | Account Number / CD #: | ******0494 Money Market Account (Interest Earn | |
| For Period Ending: | 09/20/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.30 | | 44,957.46 |
| 09/18/06 | 2 | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 1,876.75 | 43,080.71 |
| | | | Transfer funds to pay Auctioneer allowed compensation | | | | |
| 09/18/06 | 2 | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 2,457.80 | 40,622.91 |
| | | | Transfer to pay Theodore Sveda allowed post-petition rent and locksmith charge. | | | | |
| 09/18/06 | 2 | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 5,562.65 | 35,060.26 |
| | | | Transfer funds to pay American Associates allowed expenses | | | | |
| 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.70 | | 35,093.96 |
| 10/04/06 | 1 | Debtor | CASH DAILY RECEIPTS | 1290-000 | 200.00 | | 35,293.96 |
| | | | $200 cash found in ATM deposit envelope amongst debtor's records retrieved from office by Trustee. Discovered on 10/04/06 | | | | |
| 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 29.93 | | 35,323.89 |
| 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 29.03 | | 35,352.92 |
| 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.02 | | 35,382.94 |
| 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.06 | | 35,413.00 |
| 02/20/07 | 2 | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 29.60 | 35,383.40 |
| 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.16 | | 35,410.56 |
| 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.07 | | 35,440.63 |
| 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 29.13 | | 35,469.76 |
| 05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.13 | | 35,499.89 |
| 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 29.18 | | 35,529.07 |
| 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.18 | | 35,559.25 |
| 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.20 | | 35,589.45 |
| 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 22.67 | | 35,612.12 |
| 10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 22.69 | | 35,634.81 |
| 11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 19.04 | | 35,653.85 |
| 12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 17.05 | | 35,670.90 |

Page: 3
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06633 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| Taxpayer ID No: | *******1255 | | Account Number / CD #: | ******0494 Money Market Account (Interest Earn |
| For Period Ending: | 09/20/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 14.13 | | 35,685.03 |
| 02/19/08 | 2 | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 33.72 | 35,651.31 |
| 02/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 8.48 | | 35,659.79 |
| 03/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.43 | | 35,668.22 |
| 04/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 7.31 | | 35,675.53 |
| 05/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.53 | | 35,680.06 |
| 06/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.39 | | 35,684.45 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.53 | | 35,688.98 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.53 | | 35,693.51 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 4.39 | | 35,697.90 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.46 | | 35,701.36 |
| 11/06/08 | 3 | Associated Bank 1305 Main Street Stevens Point WI 54481 | Turnover of Proceeds of Inventory | 1129-000 | 1,360.00 | | 37,061.36 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.00 | | 37,064.36 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.87 | | 37,066.23 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,066.54 |
| 02/17/09 | | Transfer to Acct #******0559 | Bank Funds Transfer | 9999-000 | | 33.40 | 37,033.14 |
| 02/27/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 37,033.42 |
| 03/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,033.73 |
| 04/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.81 | | 37,034.54 |
| 05/29/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 37,035.48 |
| 06/30/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 37,036.39 |
| 07/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 37,037.33 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 37,038.27 |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 6)

Ver: 15.00a

Page: 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-06633 -JBS
Case Name: MARIO UOMO INC
Taxpayer ID No: *******1255
For Period Ending: 09/20/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: ******0494 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Account ******0494 | | | | |
| | | | Balance Forward | | 0.00 | | |
| | | | Deposits | 6 | 30,442.98 | | |
| | | | Interest Postings | 39 | 551.07 | | |
| | | | Subtotal | | $ 30,994.05 | | |
| | | | Adjustments In | 0 | 0.00 | | |
| | | | Transfers In | 2 | 16,807.57 | | |
| | | | Total | | $ 47,801.62 | | |
| | | | Checks | 0 | | 0.00 | |
| | | | Adjustments Out | 0 | | 0.00 | |
| | | | Transfers Out | 8 | | 10,763.35 | |
| | | | Total | | | $ 10,763.35 | |

Page: 5
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06633 -JBS |
|---|---|
| Case Name: | MARIO UOMO INC |
| Taxpayer ID No: | *******1255 |
| For Period Ending: | 09/20/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0559 Checking Account (Non-interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 335.00 | | 335.00 |
| 07/18/06 | 001001 | Hanover Insurance Company c/o HPF Insurnce Agency 515 N. Busse Highway 2nd Floor Park Ridge IL 60068-3154 | Tranfer funds to pay quarterly premium for business property and premises insurance coverage Policy No 8346326 00 Quarterly premium for property and commercial general liablity insurance for 1017 W. Washington, Chicago IL | 2690-000 | | 335.00 | 0.00 |
| 07/20/06 | 001002 | TransFirst Superior Colorado | Cancelled Check for Change of Merchant Account 5436-8480-8010-4790 | 1221-000 | | | 0.00 |
| * 07/31/06 | | TransFirst 1100 S. McCaslin Blvd. Suite 100 Superior CO 80027 | Auction Proceeds from Merchant Acct Proceeds transferred to account through ACH (Automoated Clearing House). Represents credit card sales for inventory at final aution processed through the Debtor's merchant account with TransFirst. Posted to bank on 7/24/06. | 1129-003 | 16,807.57 | | 16,807.57 |
| 07/31/06 | | Transfer to Acct #*******0494 | CR Card Auction Proceeds Transfer Funds deposited to checking by Transfirst via ACH for auction credit card purchases to money market so that auction proceeds can accrue interest | 9999-000 | | 6,807.57 | 10,000.00 |
| 07/31/06 | | Transfer to Acct #*******0494 | CR Card Auction Proceeds Transfer balance of funds deposited to checking by TransFirst via ACH on account of credit card purchases at auction to the money market to accrue interest. | 9999-000 | | 10,000.00 | 0.00 |
| 08/15/06 | 6 | TransFirst 1100 S. McCaslin Blvd. Suite 100 Superior CO 80027 | CR Card Auction Proceeds | 1129-000 | 16,807.57 | | 16,807.57 |

UST Form 101-7-TFR (9/1/2009) (Page: 8)

Ver: 15.00a

Page: 6
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06633 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| Taxpayer ID No: | *******1255 | | Account Number / CD #: | *******0559 Checking Account (Non-Interest Earn |
| For Period Ending: | 09/20/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/15/06 | | Reverses Adjustment IN on 07/31/06 | Auction Proceeds from Merchant Acct Reversing entry to recharacterize ACH wire transfer of retail credit card sale proceeds as a deposit in order for sales to be included and shown as estate receipts | 1129-003 | -16,807.57 | | 0.00 |
| 08/16/06 | | Transfer from Acct #*******0494 | Transfer Funds Transfer funds to cover TransFirst ACH debit for July monthly discount and fees from credit card sales through merchant account. August 16, 2006, 09:54 am | 9999-000 | 434.43 | | 434.43 |
| 08/16/06 | | TransFirst 1100 S. McCaslin Blvd. Suite 100 Superior CO 80027 | Merchant Account Discount and Fees Auto debited from BOA Checking account on 8/10/06 per merchant account agreement. | 2990-000 | | 434.43 | 0.00 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer Transfer funds to pay Auctioneer allowed compensation | 9999-000 | 1,876.75 | | 1,876.75 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer Transfer to pay Theodore Sveda allowed post-petition rent and locksmith charge. | 9999-000 | 2,457.80 | | 4,334.55 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer Transfer funds to pay American Associates allowed expenses | 9999-000 | 5,562.65 | | 9,897.20 |
| 09/18/06 | 001003 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Auctioneer Expenses Allowed per court order dated 9/18/06 | 3620-000 | | 5,562.65 | 4,334.55 |
| 09/18/06 | 001004 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Auctioneer Fees Allowed per court order dated 9/18/06 | 3610-000 | | 1,876.75 | 2,457.80 |
| 09/18/06 | 001005 | Theodore Sveda 195 North Harbor Drive Unit 1208 | Allowed Administrative Claim Post Petition Rent & Locksmith fees Per court order dated 9/18/06 | 2410-000 | | 2,457.80 | 0.00 |

Page: 7
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-06633 -JBS
Case Name: MARIO UOMO INC
Taxpayer ID No: *******1255
For Period Ending: 09/20/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0559 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/20/07 | | Transfer from Acct #*******0494 Chicago IL 60601 | Bank Funds Transfer | 9999-000 | 29.60 | | 29.60 |
| 02/20/07 | 001006 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 29.60 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 33.72 | | 33.72 |
| 02/19/08 | 001007 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | 2300-000 | | 33.72 | 0.00 |
| 02/17/09 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 33.40 | | 33.40 |
| 02/17/09 | 001008 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans, LA 70139 | 2009 Bond Premium Payment Bond No. 016026455 | 2300-000 | | 33.40 | 0.00 |

Account *******0559

| | | | | | |
|---|---|---|---|---|---|
| Balance Forward | | 0.00 | | | |
| Deposits | 1 | 16,807.57 | Checks | 9 | 10,763.35 |
| Interest Postings | 0 | 0.00 | Adjustments Out | 0 | 0.00 |
| Subtotal | | $ 16,807.57 | Transfers Out | 2 | 16,807.57 |
| Adjustments In | 2 | 0.00 | Total | | $ 27,570.92 |
| Transfers In | 8 | 10,763.35 | | | |
| Total | | $ 27,570.92 | | | |

LFORM2T UST Form 101-7-TFR (9/1/2009) (Page: 10)

Ver: 15.00a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8
Exhibit B

| Case No: | 06-06633 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| Taxpayer ID No: | ******1255 | | Account Number / CD #: | ******0559 Checking Account (Non-Interest Earn |
| For Period Ending: | 09/20/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | |
|---|---|---|---|---|
| | Balance Forward | | 0.00 | |
| 7 | Deposits | | 47,250.55 | 9 Checks | 10,763.35 |
| 39 | Interest Postings | | 551.07 | 0 Adjustments Out | 0.00 |
| | | | | 10 Transfers Out | 27,570.92 |
| | Subtotal | $ | 47,801.62 | Total | $ 38,334.27 |
| 2 | Adjustments In | | 0.00 | | |
| 10 | Transfers In | | 27,570.92 | | |
| | Total | $ | 75,372.54 | Net Total Balance | $ 37,038.27 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 06-06633 | | Page 1 | | Date: September 21, 2009 | |
|---|---|---|---|---|---|
| Debtor Name: MARIO UOMO INC | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $1,999.50 | $0.00 | $1,999.50 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $5,530.16 | $0.00 | $5,530.16 |
| 001 2200-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $49.88 | $0.00 | $49.88 |
| 001 3110-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $16,222.00 | $0.00 | $16,222.00 |
| 001 3120-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $137.89 | $0.00 | $137.89 |
| | Subtotal for Class Administrative | | | $23,939.43 | $0.00 | $23,939.43 |
| 000006A 053 5300-00 | BRUCE GAGE<br>1403 S. Clark St.<br>Chicago, IL | Priority | (6-1) Wages for the period March, 2006 through May, 2006<br>--agreed order 9/09 allowing priority wage claim in amount of $4500 and unsecured in amount of $3500 | $4,500.00 | $0.00 | $4,500.00 |
| 000002B 555 PTL | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601 | Priority | | $23,925.12 | $0.00 | $23,925.12 |
| 000003B 555 PTL | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601 | Priority | | $1,348.00 | $0.00 | $1,348.00 |
| 000002C 560 PTC | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601 | Priority | | $500.00 | $0.00 | $500.00 |
| 000003C 560 PTC | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601 | Priority | | $374.00 | $0.00 | $374.00 |
| | Subtotal for Class Priority | | | $30,647.12 | $0.00 | $30,647.12 |
| 000001 070 7100-00 | 4 YOU AMERICA, LLC S/I/I TO<br>SABATO RUSSO<br>C/O Adler & Associates<br>25 E. Washington St. Suite 500<br>Chicago, IL 60602 | Unsecured | | $5,306.25 | $0.00 | $5,306.25 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06633 | | Page 2 | | Date: September 21, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | MARIO UOMO INC | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | Unsecured | | $180.00 | $0.00 | $180.00 |
| 000003A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | Unsecured | | $36.00 | $0.00 | $36.00 |
| 000004 070 7100-00 | Fennix Italy IFD Fennix Italy Attn Mr Laudiero 10521 Crestwood Dr 203 Manassas, VA 20109 | Unsecured | | $11,260.00 | $0.00 | $11,260.00 |
| 000005 070 7100-00 | Mauri USA 33 W 17th Street Suite 901 New York NY 10011 | Unsecured | | $4,406.27 | $0.00 | $4,406.27 |
| 000006B 070 7100-00 | Bruce Gage | Unsecured | agreed order 9/09 allowing priority wage claim in the amount of $4500 and unsecured claim in the amount of $3500 | $3,500.00 | $0.00 | $3,500.00 |
| 000007 070 7100-00 | Facis, S.P.A Corso Moncenisio, 9-10090 Rosta Turin, ITALY c/o Nicoletta Abbatista, Esq. Via Massena 87 -10128 Turin, ITALY | Unsecured | | $10,572.65 | $0.00 | $10,572.65 |
| 000008 070 7100-00 | Theodore S. Sveda, Jr. Randall A Wolff esq 3325 N Arlington Heights Road 500 Arlington Heights, IL 60004 | Unsecured | (8-1) Funds owed to former Landlord | $32,844.00 | $0.00 | $32,844.00 |
| 000009 070 7100-00 | Umberto Bilancioni USA c/o Abrams and Abrams 75 E Wacker Drive Chicago IL 60601 | Unsecured | | $23,942.00 | $0.00 | $23,942.00 |
| | Subtotal for Class Unsecured | | | $92,047.17 | $0.00 | $92,047.17 |
| | Case Totals: | | | $146,633.72 | $0.00 | $146,633.72 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-06633
Case Name: MARIO UOMO INC
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Illinois Department of Revenue | $ 7,739.76 |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 5,530.16 | $ 49.88 |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $ 16,222.00 | $ 137.89 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,999.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 14)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 31,414.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002C | Illinois Department of Revenue | $ 500.00 | $ 0.00 |
| 000003B | Illinois Department of Revenue | $ 1,348.00 | $ 436.08 |
| 000003C | Illinois Department of Revenue | $ 374.00 | $ 0.00 |
| 000006A | BRUCE GAGE | $ 4,500.00 | $ 2,760.75 |
| AUTO | IRS--Social Security (Employee) | $ 279.00 | $ 279.00 |
| AUTO | IRS--Social Security (Employer) | $ 279.00 | $ 0.00 |
| AUTO | IRS--Federal Income Tax | $ 1,260.00 | $ 1,260.00 |
| AUTO | IRS--FUTA | $ 36.00 | $ 36.00 |
| AUTO | IRS--Medicare (Employee) | $ 65.25 | $ 65.25 |
| AUTO | IRS--Medicare (Employer) | $ 65.25 | $ 0.00 |
| AUTO | ILLINOIS DEPT. OF REVENUE | $ 135.00 | $ 135.00 |
| AUTO | IRS--SUTA | $ 387.00 | 387.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,047.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | 4 YOU AMERICA, LLC S/I/I TO SABATO RUSSO | $ 5,306.25 | $ 0.00 |
| 000002A | Illinois Department of Revenue | $ 180.00 | $ 0.00 |
| 000003A | Illinois Department of Revenue | $ 36.00 | $ 0.00 |
| 000004 | Fennix Italy IFD | $ 11,260.00 | $ 0.00 |
| 000005 | Mauri USA | $ 4,406.27 | $ 0.00 |
| 000007 | Facis, S.P.A | $ 10,572.65 | $ 0.00 |
| 000008 | Theodore S. Sveda, Jr. | $ 32,844.00 | $ 0.00 |
| 000009 | Umberto Bilancioni USA | $ 23,942.00 | $ 0.00 |
| 000006B | Bruce Gage | $ 3,500.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .