Hearing Date: December 17, 2009
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom  682
 Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
## EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | Hon.  Jack B. Schmetterer |
| | § | |
| MARIO UOMO INC | § | Case No. 06-06633 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on December 17, 2009
in Courtroom  682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee, Suite 1500, 19 S. LaSalle St., Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| MARIO UOMO INC | § | Case No. 06-06633 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 47,801.62 |
| and approved disbursements of | $ | 10,763.35 |
| leaving a balance on hand of[1] | $ | 37,038.27 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| Illinois Department of Revenue | $ 7,739.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
| --- | --- | --- |
| Trustee: Joseph A. Baldi, Trustee | $ 5,530.16 | $ 49.88 |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $ 16,222.00 | $ 137.89 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,999.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 31,414.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002C | Illinois Department of Revenue | $ 500.00 | $ 0.00 |
| 000003B | Illinois Department of Revenue | $ 1,348.00 | $ 436.08 |
| 000003C | Illinois Department of Revenue | $ 374.00 | $ 0.00 |
| 000006A | BRUCE GAGE | $ 4,500.00 | $ 2,760.75 |
| AUTO | IRS--Social Security (Employee) | $ 279.00 | $ 279.00 |
| AUTO | IRS--Social Security (Employer) | $ 279.00 | $ 0.00 |
| AUTO | IRS--Federal Income Tax | $ 1,260.00 | $ 1,260.00 |
| AUTO | IRS--FUTA | $ 36.00 | $ 36.00 |
| AUTO | IRS--Medicare (Employee) | $ 65.25 | $ 65.25 |

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| AUTO | IRS--Medicare (Employer) | $ 65.25 | $ 0.00 |
| AUTO | ILLINOIS DEPT. OF REVENUE -State Income Tax | $ 135.00 | 135.00 |
| AUTO | IRS--SUTA | $ 387.00 | $ 387.00 |

\* The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,047.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | 4 YOU AMERICA, LLC S/I/I TO SABATO RUSSO | $ 5,306.25 | $ 0.00 |
| 000002A | Illinois Department of Revenue | $ 180.00 | $ 0.00 |
| 000003A | Illinois Department of Revenue | $ 36.00 | $ 0.00 |
| 000004 | Fennix Italy IFD | $ 11,260.00 | $ 0.00 |
| 000005 | Mauri USA | $ 4,406.27 | $ 0.00 |
| 000007 | Facis, S.P.A | $ 10,572.65 | $ 0.00 |
| 000008 | Theodore S. Sveda, Jr. | $ 32,844.00 | $ 0.00 |
| 000009 | Umberto Bilancioni USA | $ 23,942.00 | $ 0.00 |
| 000006B | Bruce Gage | $ 3,500.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ _____

*Joseph A. Baldi, Trustee*
*Suite 1500, 19 South LaSalle Street, Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster              Page 1 of 2                   Date Rcvd: Oct 22, 2009
Case: 06-06633                Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Oct 24, 2009.
db           +Mario Uomo Inc,    1017 W Washington Street,    Chicago, IL 60607-2119
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Willis E Brown,    Willis E Brown Ltd,    120 West Madison,    Suite 825,    Chicago, IL 60602-4381
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10833455     +4 YOU AMERICA, LLC S/I/I TO SABATO RUSSO,    C/O Adler & Associates,
               25 E. Washington St. Suite 500,    Chicago, IL 60602-1703
10769950     +4 You America,    c/o Adler and Adler,    25 E Washington Blvd Suite 500,
               Chicago Illinois 60602-1703
10864811     +At&t,   Bankruptcy Department,    P O Box 769,    Arlington, TX 76004-0769
10864802     +BCN Fashion,    Atwell Curtis Brooks,    204 Stonehinge Lane,    P O Box 363,
               Carle Place, NY 11514-0363
10769943     +BLN Fashion,    Atwell Curtis Brooks,    204 Stonehinge Lane,    PO Box 363,
               Carle Place NY 11514-0363
10906898     +Bruce Gage,    1403 S. Clark Street,    chicago, Illinois 60605-2706
10769947     +Cardinal of Clothes,    c/o Benjamin Berneman & Brom,    216 W Jackson Suite 330,
               Chicago IL 60606-6925
10769939     +DSPT,    AM Financial Services,    PO Box 571358,    Tarzana California 91357-1358
10864805     +Dexor,    24 Settlers Lane,    Ridgefield, Conn 06877-3108
10864804      Dolcepunta Srl,    6 B Muzzaccol5,    65125 Pescara PE, Italy
10769942      Dorfman - Pacific Co,    United Mercantile Agencies,    6005 7th Street,
               Louisville Kentucky  40201
11024473     +Dorfman Pacific Co Inc,    2615 Boeing Way,    Stockton, CA 95206-3984
10968457      Facis, S.P.A,    Corso Moncenisio, 9-10090 Rosta,    Turin, ITALY,    c/o Nicoletta Abbatista, Esq.,
               Via Massena 87 -10128 Turin, ITALY
10900014     +Fennix Italy IFD,    Fennix Italy,    Attn Mr Laudiero,    10521 Crestwood Dr 203,
               Manassas, VA 20109-4421
10881469     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street Level 7-400,    Chicago, Illinois 60601)
10769953      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10769941     +Imm Neckwear,    PO Box 9658,    Minneapolis Minnesota 55440-9658
10864808     +Interfashion Ltd,    Adler and Asociates,    25 E Washington 500,    Chicago, Illinois 60602-1703
10769952     +Mauri USA,    33 W 17th Street Suite 901,    New York NY 10011-5520
10864803     +Maxman Inc,    946 E 12th Street,    Los Angeles, California 90021-2202
10769946      Maxman Inc,    046 E 12th Street,    Leangles California 90021
10769944     +Paolo Santini,    C/O Newton & Associates,    PO Box 8510,    Metairre Louisiana 70011-8510
10864810     +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago, IL 60601-6207
10864806     +Rani Arabella,    350 S Country KD Suite 224,    Palm Beach, Florida 33480-6720
10769940     +Sabadell International,    2121 Poncedeleon Bld Suite 1050,    Coral Gables Florida 33134-5218
10769951     +Shaneen Huxham,    242 W 30th Street Suite 903,    New York NY 10001-4903
10864812     +Sveda Theodore,    Randall Wolff,    3325 Arlington Heights Rd 599,
               Arlington Heights, Illinois 60004-1582
10769938     +Theodore S Sveda Jr,    Janet L Seehausen,    195 N Harbor Dr #908,    Chicago IL 60601-7520
10983513     +Theodore S. Sveda, Jr.,    195 N. Harbor Drive, #1208,    Chicago, IL 60601-7528
10983509     +Theodore S. Sveda, Jr.,    Randall A Wolff esq,    3325 N Arlington Heights Road 500,
               Arlington Heights, IL 60004-1584
10769945     +Tomer LLC,    1507 W Koenig Lane,    Austin Texas 78756-1415
10769949     +Umberto Bilancioni USA,    c/o Abrams and Abrams,    75 E Wacker Drive,    Chicago IL 60601-3756
10769948     +Uomo Moda,    165 Chubb Ave,    Lyndhurst New Jersey 07071-3503
The following entities were noticed by electronic transmission on Oct 22, 2009.
10864809     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                             ComEd Company,
               Customer Care Center Building,    Attn Revenue Management Dept,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10864807      Verri Uomo
aty*         +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: gbeemster         Page 2 of 2              Date Rcvd: Oct 22, 2009
Case: 06-06633                Form ID: pdf006         Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**          **Signature:**   *Joseph Speetjens*