# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MARIO UOMO INC                            §        Case No. 06-06633
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| THEODORE SVEDA | | | | | |
| HANOVER INSURANCE COMPANY | | | | | |
| INTERNAL REVENUE SERVICE - CIN | | | | | |
| Refund--INTERNAL REVENUE SERV.-CIN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRANSFIRST | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRUCE GAGE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE - MO | | | | | |
| INTERNAL REVENUE SERVICE - MO | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T | | | | | |
| BCN Fashion | | | | | |
| Cardinal of Clothes | | | | | |
| Com Ed | | | | | |
| DSPT | | | | | |
| Dexor | | | | | |
| Dolcepunta Srl | | | | | |
| Dorfman-Pacific Co | | | | | |
| Imm Neckwear | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Interfashion Ltd. | | | | | |
| Maxman, Inc. | | | | | |
| Paol, Santini | | | | | |
| Peoples Gas | | | | | |
| Rani Arabella | | | | | |
| Sabadell Inter'l | | | | | |
| Shaneen Huxham | | | | | |
| Tomer LLC | | | | | |
| Uomo Moda | | | | | |
| Verri Uomo | | | | | |
| 4 YOU AMERICA, LLC S/I/I TO SABATO | | | | | |
| BRUCE GAGE | | | | | |
| FACIS, S.P.A | | | | | |
| FENNIX ITALY IFD | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| MAURI USA | | | | | |
| THEODORE S. SVEDA, JR. | | | | | |
| UMBERTO BILANCIONI USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-06633   JBS   Judge: Jack B. Schmetterer |
| Case Name: | MARIO UOMO INC |
| For Period Ending: | 02/03/10 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 06/07/06 (f) |
| 341(a) Meeting Date: | 07/06/06 |
| Claims Bar Date: | 10/31/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Cash on Hand (u) | 200.00 | 222.60 | | 222.60 | FA |
| | Currency & coin retrieved from Store by TR; converted to cashier's check for deposit | | | | | |
| 2. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 554.31 | Unknown |
| 3. | Checking, Savings Accounts | 5,000.00 | 1,360.00 | | 1,360.00 | FA |
| | Account depleted by pre-petition overdrafts. Recovered balance from bank for pre petition checks honored post petition. | | | | | |
| 4. | Office Equip, Furnishings,&Supplies | 300.00 | 0.00 | | 0.00 | FA |
| 5. | Machinery, Fixtures & Business Equi | 2,000.00 | 0.00 | | 1,085.00 | FA |
| 6. | Inventory | 168,459.00 | 0.00 | | 44,582.95 | FA |
| | Men's suits and accessories from Debtor's retail clothing business - sold at auction sale | | | | | |
| 7. | IRS Refund of Penalty (u) | 0.00 | 550.21 | | 550.21 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $175,959.00 | $2,132.81 | | $48,355.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee conducted a going out of business sale and final auction of the inventory & equipment of Debtor's men's clothing store.   Realized net proceeds of approximately $38,000.  Reviewed avoidable transfers; retained accountant, obtained prior tax information and accountant prepared Estate tax returns; objected to employee wage claim and agreed order entered.  Final report submitted to UST on 9/29/09.  TFR filed 10/12/09.  Final hearing held 12/17/09.  IRS assessed late filing penalty for tax return.  Trustee paid but requested abatement.  Final distribution made.  IRS granted abatement of penalties.  Trustee made a supplemental distribution from IRS refund.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

Case No:        06-06633    JBS    Judge: Jack B. Schmetterer                    Trustee Name:        Joseph A. Baldi, Trustee
Case Name:     MARIO UOMO INC                                                    Date Filed (f) or Converted (c):   06/07/06 (f)
                                                                                 341(a) Meeting Date:   07/06/06
                                                                                 Claims Bar Date:       10/31/06

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 06/30/09

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-06633 -JBS |
| Case Name: | MARIO UOMO INC |
| Taxpayer ID No: | *******1255 |
| For Period Ending: | 02/03/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0494  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/06 | 1 | BANK OF AMERICA Clark & Madison Chicago, IL | Cashier's Check for Store Currency | 1290-000 | 22.60 | | 22.60 |
| 06/30/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 0.01 | | 22.61 |
| 07/18/06 | 6 | ASSOCIATED BANK | CR Card Retail Sale Proceeds (GOB) | 1129-000 | 7,689.45 | | 7,712.06 |
| 07/18/06 | | Transfer to Acct #*******0559 | Bank Funds Transfer Tranfer funds to pay quarterly premium for business property and premises insurance coverage | 9999-000 | | 335.00 | 7,377.06 |
| 07/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 2.03 | | 7,379.09 |
| 07/31/06 | | Transfer from Acct #*******0559 | CR Card Auction Proceeds Transfer Funds deposited to checking by Transfirst via ACH for auction credit card purchases to money market so that auction proceeds can accrue interest. | 9999-000 | 6,807.57 | | 14,186.66 |
| 07/31/06 | | Transfer from Acct #*******0559 | CR Card Auction Proceeds Transfer balance of funds deposited to checking by TransFirst via ACH on account of credit card purchases at auction to the money market to accrue interest. | 9999-000 | 10,000.00 | | 24,186.66 |
| 08/02/06 | 5, 6 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL  60455 | Cash Auction Proceeds Debtor has not yet filed schedules as of date of this deposit.  Deadline per extension order is 8/10/06.  We need to Update entry and link to asset once recorded. | 1129-000 | 18,448.43 | | 42,635.09 |
| 08/09/06 | 6 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL  60455 | Cash Retail Sale Proceeds (GOB) | 1130-000 | 2,722.50 | | 45,357.59 |
| 08/16/06 | | Transfer to Acct #*******0559 | Transfer Funds Transfer funds to cover TransFirst ACH debit for July monthly discount and fees from credit card sales through merchant account.   August 16, 2006, 09:54 am | 9999-000 | | 434.43 | 44,923.16 |

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-06633 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0494  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1255 | | | |
| For Period Ending: | 02/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 34.30 | | 44,957.46 |
| 09/18/06 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 1,876.75 | 43,080.71 |
| | | | Transfer funds to pay Auctioneer allowed compensation | | | | |
| 09/18/06 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 2,457.80 | 40,622.91 |
| | | | Transfer to pay Theodore Sveda allowed post-petition rent and locksmith charge. | | | | |
| 09/18/06 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 5,562.65 | 35,060.26 |
| | | | Transfer funds to pay American Associates allowed expenses | | | | |
| 09/29/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 33.70 | | 35,093.96 |
| 10/04/06 | 1 | Debtor | CASH DAILY RECEIPTS | 1290-000 | 200.00 | | 35,293.96 |
| | | | $200 cash found in ATM deposit envelope amongst debtor's records retrieved from office by Trustee. Discovered on 10/04/06 | | | | |
| 10/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 29.93 | | 35,323.89 |
| 11/30/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 29.03 | | 35,352.92 |
| 12/29/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.02 | | 35,382.94 |
| 01/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.06 | | 35,413.00 |
| 02/20/07 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 29.60 | 35,383.40 |
| 02/28/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 27.16 | | 35,410.56 |
| 03/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.07 | | 35,440.63 |
| 04/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 29.13 | | 35,469.76 |
| 05/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.13 | | 35,499.89 |
| 06/29/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 29.18 | | 35,529.07 |
| 07/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.18 | | 35,559.25 |
| 08/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 30.20 | | 35,589.45 |
| 09/28/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 22.67 | | 35,612.12 |
| 10/31/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 22.69 | | 35,634.81 |
| 11/30/07 | 2 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 19.04 | | 35,653.85 |
| 12/31/07 | 2 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 17.05 | | 35,670.90 |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-06633  -JBS | |
| Case Name: | MARIO UOMO INC | |
| Taxpayer ID No: | *******1255 | |
| For Period Ending: | 02/03/10 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0494  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 14.13 | | 35,685.03 |
| 02/19/08 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 33.72 | 35,651.31 |
| 02/29/08 | 2 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 8.48 | | 35,659.79 |
| 03/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 8.43 | | 35,668.22 |
| 04/30/08 | 2 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 7.31 | | 35,675.53 |
| 05/30/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.53 | | 35,680.06 |
| 06/30/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.39 | | 35,684.45 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.53 | | 35,688.98 |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.53 | | 35,693.51 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 4.39 | | 35,697.90 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 3.46 | | 35,701.36 |
| 11/06/08 | 3 | Associated Bank<br>1305 Main Street<br>Stevens Point  WI  54481 | Turnover of Proceeds of Inventory | 1129-000 | 1,360.00 | | 37,061.36 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 3.00 | | 37,064.36 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.87 | | 37,066.23 |
| 01/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,066.54 |
| 02/17/09 | | Transfer to Acct #*******0559 | Bank Funds Transfer | 9999-000 | | 33.40 | 37,033.14 |
| 02/27/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 37,033.42 |
| 03/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,033.73 |
| 04/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 37,034.54 |
| 05/29/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 37,035.48 |
| 06/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 37,036.39 |
| 07/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 37,037.33 |
| 08/31/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 37,038.27 |
| 09/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 37,039.18 |
| 10/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 37,040.12 |
| 11/30/09 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 37,041.03 |
| 12/07/09 | | Transfer to Acct #*******0559 | Bank Funds Transfer<br>Transfer funds to pay IRS late payment penalty. | 9999-000 | | 549.67 | 36,491.36 |
| 12/17/09 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 36,491.84 |

LFORM2T4 **UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*

Ver: 15.06b

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-06633  -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0494  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1255 | | |
| For Period Ending: | 02/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/09 | | Transfer to Acct #*******0559 | Final Posting Transfer | 9999-000 | | 36,491.84 | 0.00 |

| | | Account  *******0494 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | 6 | | Deposits | 30,442.98 | 0 | Checks | 0.00 |
| | 43 | | Interest Postings | 554.31 | 0 | Adjustments Out | 0.00 |
| | | | | | 10 | Transfers Out | 47,804.86 |
| | | Subtotal | $ | 30,997.29 | | | |
| | | | | | | Total | $    47,804.86 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 2 | Transfers In | | 16,807.57 | | | |
| | | Total | $ | 47,804.86 | | | |

Ver: 15.06b

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-06633  -JBS | |
| Case Name: | MARIO UOMO INC | |

Trustee Name:          Joseph A. Baldi, Trustee
Bank Name:             Bank of America, N.A.
Account Number / CD #:  *******0559  Checking Account (Non-Interest Earn

| | |
|---|---|
| Taxpayer ID No: | *******1255 |
| For Period Ending: | 02/03/10 |

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 335.00 | | 335.00 |
| | | | Tranfer funds to pay quarterly premium for business property and premises insurance coverage | | | | |
| 07/18/06 | 001001 | Hanover Insurance Company c/o HPF Insurnce Agency 515 N. Busse  Highway 2nd Floor Park Ridge  IL  60068-3154 | Policy No. 8346326 00 Quarterly premium for property and commercial general liablity insurance for 1017 W. Washington, Chicago  IL | 2690-000 | | 335.00 | 0.00 |
| 07/20/06 | 001002 | TransFirst Superior  Colorado | Cancelled Check for Change of Merchant Account 5436-8480-8010-4790 | 1221-000 | | | 0.00 |
| * 07/31/06 | | TransFirst 1100 S. McCaslin Blvd. Suite 100 Superior  CO  80027 | Auction Proceeds from Merchant Acct Proceeds transferred to account through ACH (Automoated Clearing House);  Represents credit card sales for inventory at final aution processed through the Debtor's merchant account with TransFirst.  Posted to bank on 7/24/06. | 1129-003 | 16,807.57 | | 16,807.57 |
| 07/31/06 | | Transfer to Acct #*******0494 | CR Card Auction Proceeds Transfer Funds deposited to checking by Transfirst via ACH for auction credit card purchases to money market so that auction proceeds can accrue interest. | 9999-000 | | 6,807.57 | 10,000.00 |
| 07/31/06 | | Transfer to Acct #*******0494 | CR Card Auction Proceeds Transfer balance of funds deposited to checking by TransFirst via ACH on account of credit card purchases at auction to the money market to accrue interest. | 9999-000 | | 10,000.00 | 0.00 |
| 08/15/06 | 6 | TransFirst 1100 S. McCaslin Blvd. Suite 100 Superior  CO  80027 | CR Card Auction Proceeds | 1129-000 | 16,807.57 | | 16,807.57 |

LFORM2T4   **UST Form 101-7-TDR (9/1/2009)** *(Page: 16)*                                       Ver: 15.06b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

Page:   6

Exhibit 9

| Case No: | 06-06633  -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1255 | | | |
| For Period Ending: | 02/03/10 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/15/06 | | Reverses Adjustment IN on 07/31/06 | Auction Proceeds from Merchant Acct  Reversing entry to recharacterize ACH wire transfer of retail credit card sale proceeds as a deposit in order for sales to be included and shown as estate receipts | 1129-003 | -16,807.57 | | 0.00 |
| 08/16/06 | | Transfer from Acct #*******0494 | Transfer Funds  Transfer funds to cover TransFirst ACH debit for July monthly discount and fees from credit card sales through merchant account.   August 16, 2006, 09:54 am | 9999-000 | 434.43 | | 434.43 |
| 08/16/06 | | TransFirst  1100 S. McCaslin Blvd.  Suite 100  Superior  CO  80027 | Merchant Account Discount and Fees  Auto debited from BOA Checking account on 8/10/06 per merchant account agreement. | 2990-000 | | 434.43 | 0.00 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer  Transfer funds to pay Auctioneer allowed compensation | 9999-000 | 1,876.75 | | 1,876.75 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer  Transfer to pay Theodore Sveda allowed post-petition rent and locksmith charge. | 9999-000 | 2,457.80 | | 4,334.55 |
| 09/18/06 | | Transfer from Acct #*******0494 | Bank Funds Transfer  Transfer funds to pay American Associates allowed expenses | 9999-000 | 5,562.65 | | 9,897.20 |
| 09/18/06 | 001003 | AMERICAN AUCTION ASSOCIATES, INC.  8515 S. THOMAS AVENUE  BRIDGEVIEW, IL  60455 | Auctioneer Expenses  Allowed per court order dated 9/18/06 | 3620-000 | | 5,562.65 | 4,334.55 |
| 09/18/06 | 001004 | AMERICAN AUCTION ASSOCIATES, INC.  8515 S. THOMAS AVENUE  BRIDGEVIEW, IL  60455 | Auctioneer Fees  Allowed per court order dated 9/18/06 | 3610-000 | | 1,876.75 | 2,457.80 |
| 09/18/06 | 001005 | Theodore Sveda  195 North Harbor Drive  Unit 1208 | Allowed Administrative Claim  Post  Petition Rent & Locksmith fees  Per court order dated 9/18/06 | 2410-000 | | 2,457.80 | 0.00 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) *(Page: 17)*

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

Case No: 06-06633 -JBS
Case Name: MARIO UOMO INC

Taxpayer ID No: *******1255
For Period Ending: 02/03/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0559 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago IL 60601 | | | | | |
| 02/20/07 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 29.60 | | 29.60 |
| 02/20/07 | 001006 | International Sureties, Ltd. | | 2300-000 | | 29.60 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans LA 70130 | | | | | |
| 02/19/08 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 33.72 | | 33.72 |
| 02/19/08 | 001007 | International Sureties | Bond Premium Payment | 2300-000 | | 33.72 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/17/09 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 33.40 | | 33.40 |
| 02/17/09 | 001008 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 33.40 | 0.00 |
| | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 12/07/09 | | Transfer from Acct #*******0494 | Bank Funds Transfer | 9999-000 | 549.67 | | 549.67 |
| | | | Transfer funds to pay IRS late payment penalty. | | | | |
| 12/07/09 | 001009 | INTERNAL REVENUE SERVICE | 1120S | 2810-000 | | 549.67 | 0.00 |
| | | Cincinnati, OH 45999 | Late Filing Penalty for 12-31-08 | | | | |
| | | | 36-3791255 | | | | |
| 12/17/09 | | Transfer from Acct #*******0494 | Transfer In From MMA Account | 9999-000 | 36,491.84 | | 36,491.84 |
| 12/17/09 | 001010 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 5,530.16 | 30,961.68 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 12/17/09 | 001011 | JOSEPH A. BALDI , as Trustee | Trustee Expenses | 2200-000 | | 49.88 | 30,911.80 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 12/17/09 | 001012 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 16,222.00 | 14,689.80 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |

Ver: 15.06b

FORM 2                                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-06633 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1255 | | | |
| For Period Ending: | 02/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/17/09 | 001013 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St. #1500 Chicago IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 137.89 | 14,551.91 |
| | 12/17/09 | 001014 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,999.50 | 12,552.41 |
| * | 12/17/09 | 001015 | BRUCE GAGE 1403 S. Clark St. Chicago, IL | Claim 000006A, Payment 100.00% | 5300-004 | | 2,760.75 | 9,791.66 |
| | 12/17/09 | 001016 | Internal Revenue Service Kansas City, MO 64999 | Social Security | 5300-000 | | 279.00 | 9,512.66 |
| | 12/17/09 | 001017 | Internal Revenue Service Kansas City, MO 64999 | Federal Income Tax | 5300-000 | | 1,260.00 | 8,252.66 |
| | 12/17/09 | 001018 | Internal Revenue Service Kansas City, MO 64999 | Medicare | 5300-000 | | 65.25 | 8,187.41 |
| | 12/17/09 | 001019 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | State Income Tax | 5300-000 | | 135.00 | 8,052.41 |
| | 12/17/09 | 001020 | Internal Revenue Service Kansas City, MO 64999 | FUTA | 5800-000 | | 36.00 | 8,016.41 |
| | 12/17/09 | 001021 | Internal Revenue Service Kansas City, MO 64999 | SUTA | 5800-000 | | 387.00 | 7,629.41 |
| | 12/17/09 | 001022 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street  Level 7-400 Chicago, Illinois  60601 | Claim 000002B, Payment 30.19% | 5800-000 | | 7,222.48 | 406.93 |
| | 12/17/09 | 001023 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street  Level 7-400 Chicago, Illinois  60601 | Claim 000003B, Payment 30.19% | 5800-000 | | 406.93 | 0.00 |

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        06-06633  -JBS

Case Name:    MARIO UOMO INC

Taxpayer ID No:  *******1255

For Period Ending:  02/03/10

Trustee Name:        Joseph A. Baldi, Trustee

Bank Name:          Bank of America, N.A.

Account Number / CD #:    *******0559  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/10 | 7 | United States Treasury Department Austin, TX | Refund of Penalty | 1224-000 | 550.21 | | 550.21 |
| * 01/15/10 | 001015 | BRUCE GAGE 1403 S. Clark St. Chicago, IL | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5300-004 | | -2,760.75 | 3,310.96 |
| 01/19/10 | 001024 | BRUCE GAGE 1403 S. Clark St. Chicago, IL | Priority Claim 6A, Payment 100.00% Replacement Check for #1015 | 5300-000 | | 2,760.75 | 550.21 |
| 01/20/10 | 001025 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street  Level 7-400 Chicago, Illinois  60601 | Claim 000002B, Payment 2.18% | 5800-000 | | 520.86 | 29.35 |
| 01/20/10 | 001026 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street  Level 7-400 Chicago, Illinois  60601 | Claim 000003B, Payment 2.18% | 5800-000 | | 29.35 | 0.00 |

| Account  *******0559 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 17,357.78 | 28 | Checks | 48,355.07 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 16,807.57 |
| | | Subtotal | $ 17,357.78 | | | |
| | | | | | Total | $ 65,162.64 |
| | 2 | Adjustments In | 0.00 | | | |
| | 10 | Transfers In | 47,804.86 | | | |
| | | Total | $ 65,162.64 | | | |

FORM 2

Page:   10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06633  -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MARIO UOMO INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1255 | | |
| For Period Ending: | 02/03/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 8 | Deposits | 47,800.76 | 28 | Checks | 48,355.07 |
| 43 | Interest Postings | 554.31 | 0 | Adjustments Out | 0.00 |
| | | | 12 | Transfers Out | 64,612.43 |
| | Subtotal | $  48,355.07 | | | |
| | | | | Total | $  112,967.50 |
| 2 | Adjustments In | 0.00 | | | |
| 12 | Transfers In | 64,612.43 | | | |
| | Total | $  112,967.50 | | Net Total Balance | $  0.00 |